# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

---
No. 14-4326
---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff - Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| VICTOR MANUEL BAUTISTA-HERNANDEZ, | ) |
| | ) |
|     Defendant - Appellant. | ) |
| _____ | ) |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND THE JOINT APPENDIX

COMES NOW, Robert A. Ratliff, counsel for the Appellant, Victor Manuel Bautista Hernandez, and hereby moves for an extension of time within which to file Appellant's Brief and the Joint Appendix. In support of this motion, Appellant states:

    1.    Appellant's Brief and the Joint Appendix are currently due to be filed by July 29, 2014.

    2.    Counsel for Appellant was court appointed in this appeal on May 7, 2014.

    3.    Due to Counsel's professional deadlines this month and next, additional time will be required to adequately perfect this appeal.

    4.    Appellant's counsel has spoken with Assistant United States Attorney, Graham T. Green, about the intended filing of this Motion, and Mr. Green stated that he has no objection to the granting of this motion.

WHEREFORE, for the reasons stated herein, Appellant requests that the Court extend the time to file Appellant's Brief and Joint Appendix thirty (30) days until August 29, 2014.

Respectfully submitted, this 24th day of July 2014

<u>                                        </u> /s/ Robert A. Ratliff
Robert A. Ratliff, Esq.
Robert A. Ratliff, PC
713 Dauphin Street
Mobile, Alabama 36602
(251) 438-2250
(251) 438-6180
rar@ratlifflegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct original of this Motion for Extension of Time has been sent on this July 24, 2014 by email to:

Graham Tod Green
Office Of The United States Attorney
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336) 333-5351
graham.green@usdoj.gov

/s/ Robert A. Ratliff
Robert A. Ratliff, Esq.
Robert A. Ratliff, PC
713 Dauphin Street
Mobile, Alabama 36602
(251) 438-2250
(251) 438-6180
rar@ratlifflegalgroup.com