UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 29, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-4326,    <u>US v. Victor Bautista-Hernandez</u>
                1:13-cr-00353-WO-1

TO:    Robert Allen Ratliff

CERTIFICATE DUE:  September 4, 2014

Please file the certificate identified below by the due date indicated.

| |
|---|
| [ ] There was no certificate of service under FRAP 25(d). Use the **certificate of service** entry to file the required certificate. |
| [ ] There was no certificate of service in a mandamus case on all parties to the action in the trial court. Use the **certificate of service** entry to file certificate. |
| [ ] There was no certificate of service in a mandamus case on the trial court judge. Use the **certificate of service** entry to file the required certificate. |
| [ ] There was no certificate of compliance with type-volume limitations. Use the **certificate of compliance with type-volume limitations** entry to file the required certificate. |
| [X] There was no certificate showing compliance with the Supreme Court's decision in <u>Anders</u>. Use the **certificate of service for Anders brief** form and entry to file the required certificate. |

Tony Webb, Deputy Clerk
804-916-2702